UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    CR. NO. 26-30182

v.

                                      JUDGE: USASSIGNED

RANDON WILLIAMS,

        Defendant.

_____/

## **APPEARANCE**

To the Clerk of the Court and all parties of record:

Enter my appearance as Counsel in the case for Defendant.  I certify that I am admitted to practice in the Court.

                                 Respectfully Submitted,

                                 **FEDERAL DEFENDER OFFICE**

                                 s/ Senad Ramovic
                                 Attorney for Defendant
                                 613 Abbott Street, Suite 500
                                 Detroit, Michigan 48226
                                 313-967-5829
                                 E-mail: Senad_Ramovic@fd.org

Date: April 10, 2026